

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2022

No. 04-22-00411-CV

**IN THE INTEREST OF E.M.O.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00818
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on July 15, 2022. *See* TEX. R. APP. P. 35.1. On July 22, 2022, court reporter Angelita Rangel Jimenez filed a first notification of late reporter's record. She requested an extension of time to file the record until July 29, 2022.

The request is **granted**. The reporter's record is due on July 29, 2022. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

It is so **ORDERED** on this 26th day of July, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court